**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAYSEM SABAGH,

    Plaintiff,

v.                                           Case No. 06-CV-13858-DT

BRENDA KOPEL and CHILDREN'S WORLD
LEARNING CENTER,

    Defendants.
                                         /

**ORDER GRANTING JOINT MOTION TO EXTEND DATES AND TERMINATING AS MOOT DEFENDANTS' MOTION TO COMPEL**

On April 25, 2007, the court conducted at telephone conference in the above-captioned matter. During the conference, Defendants informed the court that the issues raised in their April 13, 2007 motion to compel had been mooted by Plaintiff's recent response to the outstanding discovery requests. Accordingly,

IT IS ORDERED that Defendants' motion to compel [Dkt. # 11] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that the parties' joint motion to extend [Dkt. # 10] is GRANTED. Given the medical condition of Plaintiff's counsel, the court finds good cause to amend the October 23, 2006 scheduling order and will therefore extend all dates by approximately eight weeks. An amended scheduling order will issue.

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: May 1, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 1, 2007, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522